UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCO CORALLO,<br><br>        Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>        Defendants. | Case No. 22-cv-05229-SVK<br><br>**ORDER OF RECUSAL** |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: September 14, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge