WILMER CUTLER PICKERING
   HALE AND DORR LLP
Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: (650) 600-5051
Fax: (650) 858-6100

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
Tel.: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendant
Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCESCO CORALLO<br><br>             Plaintiff,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE INC.<br>             Defendants. | Case No.  3:22-cv-05229-RS<br><br>**DECLARATION OR JOSHUA A. VITTOR** |

# DECLARATION OF JOSHUA A. VITTOR IN SUPPORT OF APPLE MOTION FOR ADMINISTRATIVE RELIEF

I, Joshua A. Vittor, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California, 90071. I am licensed to practice law in the State of California and am counsel of record in this litigation for Defendant Apple, Inc ("Apple"). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. On September 23, 2022, Plaintiff Francesco Corallo ("Plaintiff") filed this lawsuit against the following Defendants: NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "NSO Defendants"), and Apple.

3. Plaintiff served Apple with the Complaint on September 23, 2022. To my knowledge, Plaintiff has not yet served the NSO Defendants with the Complaint.

4. On October 4, 2022, and October 7, 2022, I contacted counsel to ask about the status of Plaintiff's effort to serve the NSO Defendants. I noted that Apple anticipated the Court would expect the parties to work collaboratively to follow a uniform schedule for responding to the Complaint, applicable to all defendants, so as to avoid inconsistent deadlines. Counsel for Plaintiff represented that it had not been successful in serving NSO Defendants with the Complaint, but agreed to a three-week extension.

5. On October 14, 2022, I again contacted counsel for Plaintiff to follow up on Apple's request about the status of service on the NSO Defendants, and to reiterate Apple's position that, if Plaintiff was having trouble effectuating service, the parties should stipulate to extend and/or stay the deadline to respond to the Complaint until such service on the NSO Defendants was completed. On October 17, 2022, counsel for Plaintiff (1) refused to stipulate to stay Apple's complaint response deadline pending service on the NSO Defendants, and (2) confirmed that Plaintiff had not yet served the NSO Defendants with the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on October 24, 2022.

/s/ Joshua A. Vittor