1  .
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  Sonal N. Mehta (SBN 222086)
   sonal.mehta@wilmerhale.com
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: (650) 600-5051
   Fax: (650) 858-6100
6
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  Joshua A. Vittor (SBN 326221)
   joshua.vittor@wilmerhale.com
9  350 South Grand Avenue, Suite 2400
   Los Angeles, CA 90071 USA
10 Tel.: (213) 443-5300
   Fax: (213) 443-5400
11

12 *Attorneys for Defendant*
   *Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FRANCESCO CORALLO<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED,<br>Q CYBER TECHNOLOGIES LIMITED, and<br>APPLE INC.<br>　　　　　Defendants. | Case No. 3:22-cv-05229-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S NOTICE OF MOTION COMPLAINT**<br><br>**JUDGE:** Hon. Richard Seeborg |

Having considered Apple Inc.'s ("Apple") Motion to Extend the deadline to respond to the Complaint (the "Motion"), the Court finds that there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Apple's deadline to respond to the Complaint shall be extended to 21 days after the NSO Defendants have been served.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE