# EXHIBIT "A"

# Carlos Osorio

| | |
|---|---|
| **From:** | Joe Akrotirianakis <JAkro@KSLAW.com> |
| **Sent:** | Tuesday, October 4, 2022 14:29 |
| **To:** | Andres Rey; Mina Tunson-Stevenson |
| **Cc:** | Carlos Osorio; D. Zaffuto |
| **Subject:** | RE: Corallo v. NSO, Q Cyber, Apple: 5:22-CV-05229-NC |

Mr. Rey:

Thank you for your email.

King & Spalding LLP does not represent NSO Group with respect to the subject lawsuit.

Regards,

---

### Joseph N. Akrotirianakis
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Andres Rey <arey@osorioint.com>
**Sent:** Monday, October 3, 2022 11:33 AM
**To:** Joe Akrotirianakis <JAkro@KSLAW.com>; Mina Tunson-Stevenson <MTunson@KSLAW.com>
**Cc:** Carlos Osorio <cosorio@osorioint.com>; D. Zaffuto <dzaffuto@osorioint.com>
**Subject:** Corallo v. NSO, Q Cyber, Apple: 5:22-CV-05229-NC

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Good Afternoon,

We represent Francesco Corallo in the matter of Corallo v. NSO Group Technologies, Q Cyber Technologies, and Apple (Civil Action No.: 5:22-CV-05229-NC).

In an attempt to expedite the matter will you be willing to accept service on behalf of your clients NSO Group Technologies and Q Cyber Technologies in the above mention lawsuit? Attached is the complaint filed.

If so we can agree on a response date if you need more time and we can get a Waiver of Service form filed with the court. I look forward to your response.

Regards,

**Andres F. Rey, Esq.**
Litigation Associate
Osorio Internacional, P.A.
175 S.W. 7TH Street, Suite 1800
Miami, FL 33130
Office: 305-900-4103
Direct: 786-497-8809
arey@osorioint.com

1

www.osorioint.com



PLEASE NOTE: The information contained in this e-mail, including any attachments, is confidential, legally privileged, and/or exempt from disclosure. This e-mail and the information contained herein are for the sole use of the intended recipient(s) and for the exclusive purpose(s) for which they are transmitted. If the reader is not the intended recipient, the reader is notified that any unauthorized review, dissemination, copying, distribution, use, and/or disclosure is prohibited. If the reader received this communication in error, please notify the sender immediately by telephone or return e-mail and destroy all copies of the original. Thank you.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.