# EXHIBIT "A"

**From:** Vittor, Joshua <Joshua.Vittor@wilmerhale.com>
**Sent:** Friday, October 7, 2022 11:46
**To:** Carlos Osorio <cosorio@osorioint.com>; dzafutto@osorioint.com; Andres Rey <arey@osorioint.com>; gvila@gjvpa.com; montetravis@mac.com; robert.p.travis@icloud.com
**Cc:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Subject:** RE: 22-cv-5229, Corallo vs. NSO Group Techs. Ltd., et al. (N.D. Cal.)

Carlos,

We will accept the 3-week extension if that is all Plaintiff is willing to agree to. We have drafted a short stipulation to this effect, extending Apple's deadline from October 14 (21 days after service) to November 4. Please let us know if we have your authorization to file.

We separately ask that you let us know if and when you have completed service on the other defendants in this case. We believe the Court will expect the parties to work together collaboratively and efficiently to follow a uniform schedule for responding to the Complaint, thereby avoiding inconsistent deadlines.

Thanks,
Josh


**Joshua A. Vittor | WilmerHale**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
+1 213 443 5375 (t)
+1 213 443 5400 (f)
joshua.vittor@wilmerhale.com

**From:** Carlos Osorio <cosorio@osorioint.com>
**Sent:** Wednesday, October 5, 2022 11:38 AM
**To:** Vittor, Joshua <Joshua.Vittor@wilmerhale.com>; dzafutto@osorioint.com; Andres Rey <arey@osorioint.com>; gvila@gjvpa.com; montetravis@mac.com; robert.p.travis@icloud.com
**Cc:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Subject:** RE: 22-cv-5229, Corallo vs. NSO Group Techs. Ltd., et al. (N.D. Cal.)

**EXTERNAL SENDER**

Dear Joshua

I note that Apple was served on 23 September and the response is due by 13 October.  We are not agreeable to such a lengthy extension through December as requested.   We think a 2-3 week extension would be appropriate as a matter of professional courtesy.  Standing by for your confirmation or to discuss this further with you.  Otherwise, if you move for an enlargement through December, we will unfortunately need to oppose the motion.

Regards,

CFO

Carlos F. Osorio, Esq., B.C.S.
Board Certified in International Law
Osorio Internacional, P.A.
175 S.W. 7 Street, Suite 1800
Miami, FL 33130
305 900 4103
cosorio@osorioint.com
www.osorioint.com
English – Spanish – Portuguese
Past Chairman International Law Section FL BAR



---

**From:** Vittor, Joshua <Joshua.Vittor@wilmerhale.com>
**Sent:** Tuesday, October 4, 2022 14:44
**To:** Carlos Osorio <cosorio@osorioint.com>; dzafutto@osorioint.com; Andres Rey <arey@osorioint.com>; gvila@gjvpa.com; montetravis@mac.com; robert.p.travis@icloud.com
**Cc:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Subject:** 22-cv-5229, Corallo vs. NSO Group Techs. Ltd., et al. (N.D. Cal.)

Counsel:

We were just retained to represent Apple, Inc. in the above-captioned action. We write to introduce ourselves, and to request an extension of our deadline to respond to the Complaint, to December 6, 2022. If this is agreeable to you, we would be happy to circulate a draft stipulation to that effect.

Thank you,

Josh

**Joshua A. Vittor | WilmerHale**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
+1 213 443 5375 (t)
+1 213 443 5400 (f)
[joshua.vittor@wilmerhale.com](mailto:joshua.vittor@wilmerhale.com)

| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Sonal N. Mehta (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel.:  (650) 600-5051<br>Fax:  (650) 858-6100<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Joshua A. Vittor (SBN 326221)<br>joshua.vittor@wilmerhale.com<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071 USA<br>Tel.:  (213) 443-5300<br>Fax:  (213) 443-5400<br><br>*Attorneys for Defendant*<br>*Apple Inc.* | OSORIO INTERNACIONAL, P.A.<br>CARLOS F. OSORIO (pro hac vice)<br>cosorio@osorioint.com<br>ANDRES F. REY (pro hac vice)<br>arey@osorioint.com<br>175 S.W. 7 Street, Suite 1900<br>Miami, FL 33130<br>Tel.:  (305) 900-4103<br><br>GEORGE J. VILA, P.A.<br>GEORGE J. VILA (pro hac vice)<br>gvila@gjvpa.com<br>201 Alhambra Circle, Suite 702<br>Coral Gables, FL 33134-5111<br>Tel.:  (305) 445-2540<br><br>TRAVIS & TRAVIS<br>MONTE S. TRAVIS (CA Bar No. 84032)<br>montetravis@mac.com<br>ROBERT P. TRAVIS (CA Bar No. 182667)<br>robert.p.travis@icloud.com<br>1160 Battery Street East, Suite 100<br>San Francisco, CA 94111-1231<br>Tel.:  (415) 939-0576<br><br>*Attorneys for Plaintiff*<br>*Francesco Corallo* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCESCO CORALLO<br><br>            Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED,<br>Q CYBER TECHNOLOGIES LIMITED, and<br>APPLE INC.<br><br>            Defendants. | Case No.  3:22-cv-05229-RS<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>Complaint Filed:   September 13, 2022 |

Case 3:22-cv-05229-RS   Document 31-1   Filed 10/26/22   Page 6 of 8


# STIPULATION

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiff Francesco Corallo ("Corallo") and Defendant Apple Inc. ("Apple") (together, with Corallo, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Corallo filed the Complaint on September 13, 2021 (ECF No. 1);

WHEREAS, Corallo served the Complaint and Summons on Apple on September 23, 2021;

WHEREAS, under Fed. R. Civ. P. 12(a)(1)(A)(i), Apple currently has until October 14, 2021, to answer, move against, or otherwise respond to the Complaint;

WHEREAS, Apple has requested and Corallo has consented to a twenty-one-day extension of time for Apple's answer, motion, or other response to the Complaint;

WHEREAS, good cause exists for this extension as counsel requires time to investigate the allegations in the Complaint and prepare an appropriate response;

WHEREAS, this Stipulation does not alter the date of any event or deadline already fixed by the Court, and is therefore submitted pursuant to Local Rule 6-1(a) and does not require a Court order to take effect; and

WHEREAS, there has been no prior extension of time to respond to the Complaint;

It is hereby stipulated and agreed, by and between the Parties through their undersigned counsel, that the time for Apple to file and serve its response to the Complaint shall be extended up through and including <u>November 4, 2022</u>.

| | |
|---|---|
| Dated:  October XX, 2021 | Respectfully submitted, |
| /s/ *Sonal N. Mehta* | / s/ |
| Sonal N. Mehta (SBN 222086) | Carlos F. Osorio (pro hac vice) |
| sonal.mehta@wilmerhale.com | cosorio@osorioint.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Andres F. Rey (pro hac vice) |
| | arey@osorioint.com |
| 2600 El Camino Real, Suite 400 | OSORIO INTERNACIONAL, P.A. |
| Palo Alto, CA 94306 | 175 S.W. 7 Street, Suite 1900 |
| Tel.:  (650) 600-5051 | Miami, FL 33130 |
| Fax:  (650) 858-6100 | Telephone: (305) 900-4103 |
| Joshua A. Vittor (SBN 326221) | George J. Vila (pro hac vice) |
| joshua.vittor@wilmerhale.com | gvila@gjvpa.com\ |
| WILMER CUTLER PICKERING HALE AND DORR LLP | GEORGE J. VILA, P.A. |
| | 201 Alhambra Circle, Suite 702 |
| 350 South Grand Avenue, Suite 2400 | Coral Gables, FL 33134-5111 |
| Los Angeles, CA 90071 USA | Telephone: (305) 445-2540 |
| Tel.:  (213) 443-5300 | |
| Fax:  (213) 443-5400 | Monte S. Travis (SBN 84032) |
| | montetravis@mac.com |
| *Attorneys for Defendant Apple Inc.* | Robert P. Travis (SBN 182667) |
| | robert.p.travis@icloud.com |
| | TRAVIS & TRAVIS |
| | 1160 Battery Street East, Suite 100 |
| | San Francisco, CA 94111-1231 |
| | Telephone: (415) 939-0576 |
| | *Attorneys for Plaintiff Francesco Corallo* |

## ATTESTATION

I, Sonal Mehta, attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated:  October XX, 2021              Respectfully submitted,

                                      /s/
                                      Sonal N. Mehta