WILMER CUTLER PICKERING
  HALE AND DORR LLP
Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.:  (650) 600-5051
Fax:  (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
Tel.:  (213) 443-5300
Fax:  (213) 443-5400

*Attorneys for Defendant*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FRANCESCO CORALLO<br><br>                    Plaintiff,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE INC.<br><br>                    Defendants. | Case No.  3:22-cv-05229-RS<br><br>**DECLARATION OF JOSHUA A. VITTOR IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS COMPLAINT**<br><br>**DATE:** December 15, 2022<br>**TIME:** 1:30 pm<br>**DEPT.:** Courtroom 3 - 17th Floor<br>**JUDGE:** Hon. Richard Seeborg |

I, Joshua A. Vittor, hereby declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California, 90071. I am licensed to practice law in the State of California and am counsel of record in this litigation for Defendant Apple Inc. ("Apple"). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Attached as Exhibit A is a true and correct copy of the complaint in *Apple Inc. v. NSO Grp. Techs. Ltd. et al.*, Case No. 21-cv-9078-ED (N.D. Cal.), ECF No. 1.

3. Attached as Exhibit B is a true and correct copy of Apple's Apple Media Services Terms and Conditions (last revised May 13, 2019). This document is publicly available at https://web.archive.org/web/20190514051751mp_/https://www.apple.com/legal/internet-services/itunes/us/terms.html.

4. Attached as Exhibit C is a true and correct copy of Apple Inc.'s iCloud Terms and Conditions (last revised September 19, 2019). This document is publicly available at https://web.archive.org/web/20191011155610mp_/https://www.apple.com/legal/internet-services/icloud/en/terms.html.

5. Attached as Exhibit D is a true and correct copy of Apple Inc.'s iPhone User Guide. *See* Complaint, ECF No. 1 ¶ 47 (citing iPhone User Guide). This document is publicly available at https://support.apple.com/guide/iphone/use-built-in-security-and-privacy-protections-iph6e7d349d1/ios.

6. Attached as Exhibit E is a true and correct copy of Apple's iCloud Security Overview. *See* Complaint, ECF No. 1 ¶ 47 (citing iCloud Security Overview). This document is publicly available at https://support.apple.com/en-us/HT202303.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on November 4, 2022.

                                                */s/ Joshua A. Vittor*

                                                Joshua A. Vittor

## ATTESTATION

I, Sonal N. Mehta, attest that the signatory listed above concurs in this filing's content and has authorized me to make this filing.

Dated: November 4, 2022.

*/s/ Sonal N. Mehta*

Sonal N. Mehta