1  WILMER CUTLER PICKERING
      HALE AND DORR LLP
2  Sonal N. Mehta (SBN 222086)
   sonal.mehta@wilmerhale.com
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Tel.: (650) 600-5051
   Fax: (650) 858-6100
5

6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  Joshua A. Vittor (SBN 326221)
   joshua.vittor@wilmerhale.com
8  350 South Grand Avenue, Suite 2400
   Los Angeles, CA 90071 USA
9  Tel.: (213) 443-5300
   Fax: (213) 443-5400
10

11 *Attorneys for Defendant*
   *Apple Inc.*
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FRANCESCO CORALLO<br><br>               Plaintiff,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE INC.<br>               Defendants. | Case No. 3:22-cv-05229-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S NOTICE OF MOTION COMPLAINT**<br><br>**DATE:** December 15, 2022<br>**TIME:** 1:30 pm<br>**DEPT.:** Courtroom 3 - 17th Floor<br>**JUDGE:** Hon. Richard Seeborg |

1 | Having considered Apple Inc.'s ("Apple") Motion to Dismiss the Complaint (the "Motion")
2 | and Apple's Request for Judicial Notice in Support of the Motion ("RJN"), the papers filed in
3 | support of and in opposition to the Motion and the RJN, and arguments by counsel, the Court finds
4 | that there is good cause to GRANT the Motion and RJN.

THEREFORE, IT IS ORDERED that Apple's Motion to Dismiss the Complaint and Apple's Request for Judicial Notice in Support of the Motion are GRANTED.

IT IS FURTHER ORDERED that the Complaint is dismissed WITH PREJUDICE since amendment would be futile.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE