UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCESCO CORALLO,

    Plaintiff,

    v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

    Defendants.

Case No. 22-cv-05229-RS

**ORDER GRANTING LEAVE TO SERVE BY INTERNATIONAL COURIER**

Good cause appearing, plaintiff's motion for leave to effect service of process on defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED by Federal Express or other international courier is granted. The hearing set for November 17, 2022 is vacated.

**IT IS SO ORDERED**.

Dated: November 10, 2022

_____
RICHARD SEEBORG
Chief United States District Judge