UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCESCO CORALLO,

    Plaintiff,

v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

    Defendants.

Case No. 22-cv-05229-RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In this action against Apple and two entities based in Israel, the two Israeli defendants have yet to be served, and a motion to dismiss brought by Apple was recently taken under submission. Apple now seeks a continuance of the initial Case Management Conference and a stay on all discovery until after its motion to dismiss has been decided and the Israeli defendants have appeared. It is the general practice of this court to continue initial Case Management Conferences when motions to dismiss are pending, and it will do so here, independently of Apple's request. The initial Case Management Conference is hereby continued to March 2, 2023, at 10:00 a.m., with a joint Case Management Conference statement due one week in advance.

    A stay of all discovery is not warranted, although the deadline for the Rule 26(f) conference may be calculated from the continued date of the Case Management Conference. Whether the status of the Israeli defendants supports a further continuance of the Case Management Conference or not will be addressed at a later time, if necessary.

1    **IT IS SO ORDERED**.

3    Dated: January 9, 2023

_____
RICHARD SEEBORG
Chief United States District Judge