1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
3  Los Angeles, CA 90071
    Telephone:   (213) 443-4355
4  Facsimile:    (213) 443-4310

5  Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN JOSE DIVISION
10

11  FRANCESCO CORALLO,                    Case No. 3:22-cv-05229-RS
                                          [*Honorable Richard Seeborg*]
12              Plaintiff,
                                          **NOTICE OF APPEARANCE OF**
13       v.                               **JOSEPH N. AKROTIRIANAKIS**

14  NSO GROUP TECHNOLOGIES LIMITED
    and Q CYBER TECHNOLOGIES LIMITED,
15  and
    APPLE.,                               Action Filed:  09/13/2022
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1   PLEASE TAKE NOTICE that Joseph N. Akrotirianakis of King & Spalding LLP hereby
2   appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber
3   Technologies Limited.  Please direct copies of all pleadings, papers, and orders to:

      Joseph N. Akrotirianakis
      KING & SPALDING LLP
      633 W. 5th Street, Suite 1600
      Los Angeles, CA 90071
      Telephone:     (213) 443-4355
      Facsimile:      (213) 443-4310
      Email:             jakro@kslaw.com

DATED:  February 24, 2023        KING & SPALDING LLP


By:  */s/Joseph N. Akrotirianaki*
    JOSEPH N. AKROTIRIANAKIS
    Attorneys for Defendants NSO GROUP
    TECHNOLOGIES LIMITED and Q
    CYBER TECHNOLOGIES LIMITED