UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCESCO CORALLO,

    Plaintiff,

    v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

    Defendants.

Case No. 22-cv-05229-RS

**ORDER RE JURSIDICTIONAL DISCOVERY**

As directed, the parties filed a joint report regarding their meet and confer negotiations regarding the scope and timing of jurisdictional discovery to be taken prior to the resumption of briefing on defendants' motion to dismiss for lack of personal jurisdiction. Thereafter defendants unilaterally filed a "supplemental" report describing and objecting to the actual requests for production that plaintiff served following the joint report. Plaintiff then filed and noticed for hearing a motion to strike defendant's "supplemental" report, arguing it was unauthorized.

Plaintiff is correct that defendants did not have express permission to file the "supplemental" report. The joint report stated the parties "agreed to cooperate in providing appropriate updates to the Court," and it would have been better practice for defendants not to have filed the "supplemental" report unilaterally. There is no undue prejudice to plaintiff, however, as defendants would have been able to place the same information before the court even in a joint statement. The motion to strike is denied, and the hearing set for June 15, 2023, is vacated.

In the joint report, the parties state they reached agreement that plaintiff would serve a document request, and possibly interrogatories, "limited to the factual, jurisdictionally related assertions raised in the NSO Defendants' motion to dismiss and attached declarations." It appears plaintiff now intends to proceed by way of document request only.

As defendants have had plaintiff's document request in hand for a period of time, they shall serve a response within 14 days of this order, and produce documents, on a rolling basis if necessary, as soon as practicable thereafter. The parties will be expected to meet and confer promptly, in person or by telephonic or video conference, to address any objections to the scope of the requests, bearing in mind that the intent of this process is to permit *limited* and *targeted* discovery that can be completed within a relatively short time period. The subject matter of each document request must be limited to matters *directly* bearing on the factual, jurisdictionally related assertions raised in the NSO Defendants' motion to dismiss and attached declarations, and must be appropriately limited in time. Intractable disputes may be referred to a magistrate judge, but the strong expectation is that the parties will be able to resolve these issues without court intervention.

No interrogatories or depositions will be permitted absent a showing of necessity, following the document production. The parties shall submit a joint status report no later than June 30, 2023.

**IT IS SO ORDERED**.

Dated: May 16, 2023

_____
RICHARD SEEBORG
Chief United States District Judge