1  Carlos F. Osorio (*pro hac vice admission*)
   Florida Bar No. 597546
2  cosorio@osorioint.com
   Andres F. Rey (*pro hac vice admission*)
3  Florida Bar No. 118875
   arey@osorioint.com
4  **OSORIO INTERNACIONAL, P.A.**
   175 S.W. 7 Street, Suite 1900
5  Miami, FL 33130
   Tel: 305-900-4103
6
   George J. Vila (*pro hac vice admission*)
7  Florida Bar No. 141704
   gvila@gjvpa.com
8  **GEORGE J. VILA, P.A.**
   201 Alhambra Circle, Suite 702
9  Coral Gables, FL 33134-5111
   Tel: 305-445-2540
10
   Monte S. Travis (CA Bar No. 84032)
11 montetravis@mac.com
   Robert P. Travis (CA Bar No. 182667)
12 robert.p.travis@icloud.com
   **TRAVIS & TRAVIS**
13 1160 Battery Street East, Suite 100
   San Francisco, CA 94111-1231
14 Tel: 415-939-0576

15 Attorneys for Plaintiff
   Francesco Corallo
16

17
18                     **UNITED STATES DISTRICT COURT**

19                     **NORTHERN DISTRICT OF CALIFORNIA**

20                          **SAN FRANCISCO DIVISION**

21  | | |
    |---|---|
    | FRANCESCO CORALLO, | Case No. 3:22-cv-05229-RS |
    | Plaintiff, | |
    | v. | **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO NSO DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME FOR BRIEFING AND HEARING PENDING MOTION FOR ENTRY OF A LIMITED PROTECTIVE ORDER FOR JURISDICTIONAL DISCOVERY (CIVIL L.R. 6-3) (ECF NO. 77)** |
    | NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE, INC., | |
    | Defendants. | |

Plaintiff FRANCESCO CORALLO ("**Corallo**" or "**Plaintiff**"), pursuant to Civil L.R. 7-3(b), files this Statement of Non-Opposition to the Administrative Motion for an Order Shortening Time for Briefing and Hearing Pending Motion for Entry of a Limited Protective Order for Jurisdictional Discovery (Civil L.R. 6-3) (ECF No. 77) filed by Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED (collectively the "**NSO Defendants**"), and states as follows:

1. On May 30, NSO Defendants filed an *Administrative Motion for An Order Shortening Time for Briefing and Hearing Pending Motion for Entry of a Limited Protective Order for Jurisdictional Discovery* (Civil L.R. 6-3) (ECF No. 77) ("**Motion to Shorten Time**") requesting the Court order Plaintiff to file any opposition to NSO Defendants' Motion for Entry of a Limited Protective Order (for Jurisdictional Discovery) (ECF No. 76) by Tuesday, June 6, 2023 or within four days of their Motion to Shorten Time being granted, limit the response brief to 5 pages in length, and determine the Motion for Entry of a Limited Protective Order (for Jurisdictional Discovery) without further briefing or hearing.

2. In the interest of working to complete the jurisdictional discovery expeditiously, Plaintiff files this Statement of Non-Opposition and informs the Court that Plaintiff does not oppose the proposed time frame, the 5-page limitation or the waiver of further briefing and hearing on the Motion for Entry of a Limited Protective Order (for Jurisdictional Discovery), and that Plaintiff is prepared to file its opposition (no more than 5 pages) to NSO Defendants' Motion for Entry of a Limited Protective Order (for Jurisdictional Discovery) by June 6, 2023.

Dated: June 6, 2023           **OSORIO INTERNACIONAL, P.A.**

/s/ *Carlos F. Osorio*
Carlos F. Osorio (*pro hac vice admission*)
Attorneys for Plaintiff Francesco Corallo

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on this 6th day of June, 2023, a true and correct copy of the foregoing was electronically filed via the CMECF Filing Portal, which will serve this Notice on all counsel of record.

    /s/ *Carlos F. Osorio*
    Carlos F. Osorio (*pro hac vice admission*)