UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCO CORALLO,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | Case No. 22-cv-05229-RS<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Plaintiff requests an extension of time to file his opposition to the pending motion to dismiss. The motion was originally filed on March 10, 2023. The arguments it presents are not unusually complex, lengthy, or numerous. The day opposition was originally due, plaintiff sought an extension to conduct jurisdictional discovery. Briefing on the motion to dismiss was then stayed until July 10, 2023, when an order issued providing plaintiffs 14 days to file his opposition—a period of time equal to that allowed under the rules when a motion is first filed. Plaintiff asserts that diligent efforts have been made to comply with that deadline, but that an additional week is required, in part because a supervising attorney on the matter has been on a pre-planned vacation during five days of the 14-day period allowed by the order.

While plaintiff has not made a compelling showing that an extension is needed, no undue prejudice will result. Accordingly, the deadline for the opposition is extended to July 31, 2023. Any reply shall be filed no later than August 7, 2023. The matter will then be submitted for decision or set for hearing, in the court's discretion.

1    **IT IS SO ORDERED**.

3    Dated: July 20, 2023

_____
RICHARD SEEBORG
Chief United States District Judge