| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Joshua A. Vittor (SBN 326221)<br>joshua.vittor@wilmerhale.com<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071 USA<br>Tel.: (213) 443-5300<br>Fax: (213) 443-5400<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Nora Passamaneck (*pro hac vice*)<br>Nora.passamaneck@wilmerhale.com<br>1225 Seventeenth Street<br>Denver, CO 80202<br>Tel.: (720) 274-3152<br>Fax: (720) 274-3133<br><br>*Attorneys for Defendant*<br>*Apple Inc.* | OSORIO INTERNACIONAL, P.A.<br>Carlos F. Osorio (*pro hac vice*)<br>cosorio@osorioint.com<br>ANDRES F. REY (*pro hac vice*)<br>arey@osorioint.com<br>175 S.W. 7 Street, Suite 1900<br>Miami, FL 33130<br>Tel.: (305) 900-4103<br><br>*Attorneys for Plaintiff*<br>*Francesco Corallo*<br><br>KING & SPALDING LLP<br>Joseph N. Akrotirianakis (SBN 197971)<br> jakro@kslaw.com<br>Aaron S. Craig (Bar No. 204741)<br> acraig@kslaw.com<br>633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071<br>Tel.: (213) 443-4355<br>Fax: (213) 443-4310<br><br>*Attorneys for Defendants NSO Group*<br>*Technologies Ltd. and Q Cyber Technologies*<br>*Ltd.* |

*Additional counsel on signature page.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCESCO CORALLO,<br><br>             Plaintiff,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED,<br>Q CYBER TECHNOLOGIES LIMITED, and<br>APPLE INC.,<br><br>             Defendants. | Case No. 3:22-cv-05229-RS<br>ORDER<br>**JOINT STIPULATION TO**<br>**CONTINUE CASE MANAGEMENT**<br>**CONFERENCE** |

Pursuant to N.D. Cal. Civil Local Rules 16-2(d) and 7-12, Plaintiff Francesco Corallo ("Corallo"), Defendant Apple Inc. ("Apple"), and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (the "NSO Defendants," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Apple filed a Motion to Dismiss on November 4, 2022 (ECF No. 32) (the "Apple MTD"), which is fully briefed;

WHEREAS, the Court took the Apple MTD under submission on December 14, 2022 (ECF No. 46);

WHEREAS, on January 9, 2023, the Court issued an order continuing the initial Case Management Conference to March 2, 2023 based on the Court's "general practice . . . to continue initial Case Management Conferences when motions to dismiss are pending . . . ." (ECF No. 51 at 1);

WHEREAS, on February 17, 2023, Apple and Corallo filed a Joint Stipulation to Continue the Case Management Conference based on the continued pendency of the Apple MTD;

WHEREAS, on February 17, 2023, the Court issued an order continuing the initial Case Management Conference to April 13, 2023 (ECF No. 55);

WHEREAS, the NSO Defendants filed a Motion to Dismiss on March 10, 2023 (ECF No. 60) (the "NSO MTD");

WHEREAS, on April 12, 2023, the Court issued a *sua sponte* order continuing the initial Case Management Conference to June 15, 2023;

WHEREAS, on June 8, 2023, the Court issued an order continuing the initial Case Management Conference to August 24, 2023;

WHEREAS, on July 31, 2023, Plaintiff filed an opposition to the NSO MTD (ECF No. 102);

WHEREAS, the deadline for the NSO Defendants to file a reply brief in support of the NSO MTD is August 28, 2023 (*see* ECF No. 100).

WHEREAS, the Apple MTD and the NSO MTD each remains pending;

1  WHEREAS, consistent with the Court's general practice to continue initial Case Management Conferences while motions to dismiss remain pending, the Parties agree and request that the Court further continue the Case Management Conference until October 19, 2023 to provide the Court with time to resolve the Apple MTD and the NSO MTD;

It is hereby stipulated and agreed, by and between the Parties through their undersigned counsel and subject to the Court's approval, that the Case Management Conference currently set for August 24, 2023 should be continued until October 19, 2023 or otherwise as convenient for the Court thereafter.

Dated:  August 2, 2023

Respectfully submitted,

/s/ *Joshua A. Vittor*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel.:  (213) 443-5300
Fax:  (213) 443-5400

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.:  (650) 858-6007
Fax:  (650) 858-6100

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Nora Passamaneck (*pro hac vice*)
nora.passamaneck@wilmerhale.com
1225 Seventeenth Street
Denver, CO 80202
Tel.:  (720) 274-3152
Fax:  (720) 274-3133

*Attorneys for Defendant
Apple Inc.*

/ s/ *Carlos F. Osorio*
OSORIO INTERNACIONAL, P.A.
Carlos F. Osorio (*pro hac vice*)
cosorio@osorioint.com
ANDRES F. REY (*pro hac vice*)
arey@osorioint.com
175 S.W. 7 Street, Suite 1900
Miami, FL 33130
Tel.:  (305) 900-4103

GEORGE J. VILA, P.A.
George J. Vila (*pro hac vice*)
gvila@gjvpa.com
201 Alhambra Circle, Suite 702
Coral Gables, FL 33134-5111
Tel.:  (305) 445-2540

TRAVIS & TRAVIS
Monte S. Travis (SBN 84032)
montetravis@mac.com
Robert P. Travis (SBN 182667)
robert.p.travis@icloud.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111-1231
Tel.:  (415) 939-0576

*Attorneys for Plaintiff
Francesco Corallo*

/ s/ *Aaron S. Craig*
KING & SPALDING LLP
Joseph N. Akrotirianakis (SBN 197971)
jakro@kslaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Aaron S. Craig (Bar No. 204741)
 acraig@kslaw.com
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Tel.: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.*

**ATTESTATION**

In accordance with Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 2, 2023					Respectfully submitted,

							/s/ *Joshua A. Vittor*
							Joshua A. Vittor

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference, set for August 24, 2023, is CONTINUED until October 19, 2023.

DATED: August 3, 2023

By: _/s/ Richard Seeborg_
Hon. Richard Seeborg
Chief United States District Judge