| | |
|---|---|
| KING & SPALDING LLP<br>Joseph N. Akrotirianakis (SBN 197971)<br> jakro@kslaw.com<br>Aaron S. Craig (Bar No. 204741)<br> acraig@kslaw.com<br>633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071<br>Tel.: (213) 443-4355<br>Fax: (213) 443-4310<br><br>*Attorneys for Defendants NSO Group Technologies Ltd. and Q. Cyber Technologies Ltd.*<br><br>OSORIO INTERNACIONAL, P.A.<br>Carlos F. Osorio (*pro hac vice*)<br>cosorio@osorioint.com<br>ANDRES F. REY (*pro hac vice*)<br>arey@osorioint.com<br>175 S.W. 7 Street, Suite 1900<br>Miami, FL 33130<br>Tel.: (305) 900-4103<br><br>*Attorneys for Plaintiff Francesco Corallo*<br><br>*Additional counsel on signature page.* | WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>Joshua A. Vittor (SBN 326221)<br>joshua.vittor@wilmerhale.com<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071 USA<br>Tel.: (213) 443-5300<br>Fax: (213) 443-5400<br><br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>Nora Passamaneck (*pro hac vice*)<br>Nora.passamaneck@wilmerhale.com<br>1225 Seventeenth Street<br>Denver, CO 80202<br>Tel.: (720) 274-3152<br>Fax: (720) 274-3133<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCESCO CORALLO,<br><br>                  Plaintiff,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED,<br>Q CYBER TECHNOLOGIES LIMITED, and<br>APPLE INC.,<br><br>                  Defendants. | Case No.  3:22-cv-05229<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1. Pursuant to N.D. Cal. Civil Local Rules 16-2(a), and 7-12, Plaintiff Francesco Corallo ("Corallo"), Defendant Apple Inc. ("Apple"), and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("the NSO Defendants," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Apple filed a Motion to Dismiss on November 4, 2022 (ECF No. 32) (the "Apple MTD"), which is fully briefed;

WHEREAS, the Court took the Apple MTD under submission on December 14, 2022 (ECF No. 46);

WHEREAS, on January 9, 2023, the Court issued an order continuing the initial Case Management Conference to March 2, 2023, based on the Court's "general practice . . . to continue initial Case Management Conferences when motions to dismiss are pending . . . ." (ECF No. 51 at 1);

WHEREAS, on February 17, 2023, Apple and Corallo filed a Joint Stipulation to Continue the Case Management Conference, based on the continued pendency of the Apple MTD;

WHEREAS, on February 17, 2023, the Court issued an order continuing the initial Case Management Conference to April 13, 2023 (ECF No. 55);

WHEREAS, on February 17, 2023, Corallo served the NSO Defendants with the Complaint in this action (ECF Nos. 56, 56-1);

WHEREAS, the NSO Defendants filed a Motion to Dismiss on March 10, 2023 (ECF No. 60) (the "NSO MTD"), which is fully briefed;

WHEREAS, on April 3, 2023, the Court issued an order continuing the initial Case Management Conference to May 11, 2023 (ECF No. 66);

WHEREAS, on April 12, 2023, the Court issued an order continuing the initial Case Management Conference to June 15, 2023 (ECF No. 69);

WHEREAS, on June 7, 2023, the parties filed a Joint Stipulation to Continue the Case Management Conference, based on the continued pendency of the Apple MTD and the NSO MTD;

WHEREAS, on June 8, 2023, the Court issued an order continuing the initial Case Management Conference to August 24, 2023 (ECF No. 82);

1  WHEREAS, on August 2, 2023, the parties filed a Joint Stipulation to Continue the Case Management Conference, based on the continued pendency of the Apple MTD and the NSO MTD;

WHEREAS, on August 3, 2023, the Court issued an order continuing the initial Case Management Conference to October 19, 2023 (ECF No. 104);

WHEREAS, the Apple MTD and the NSO MTD each remain pending;

WHEREAS, the Parties agree and request that the Court further continue the Case Management Conference until November 30, 2023;

It is hereby stipulated and agreed, by and between the Parties through their undersigned counsel and subject to the Court's approval, that the Case Management Conference currently set for October 19, 2023 should be continued until November 30, 2023 or otherwise as convenient for the Court thereafter.

Dated:  September 27, 2023

Respectfully submitted,

/s/ *Aaron S. Craig*
KING & SPALDING LLP
Joseph N. Akrotirianakis (SBN 197971)
 jakro@kslaw.com
Aaron S. Craig (Bar No. 204741)
 acraig@kslaw.com
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Tel.: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendants NSO Group Technologies Ltd. and Q. Cyber Technologies Ltd.*

/s/ *Joshua A. Vittor*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel.: (213) 443-5300

/s/ *Carlos F. Osorio*
OSORIO INTERNACIONAL, P.A.
Carlos F. Osorio (*pro hac vice*)
cosorio@osorioint.com
ANDRES F. REY (*pro hac vice*)
arey@osorioint.com
175 S.W. 7 Street, Suite 1900
Miami, FL 33130
Tel.:  (305) 900-4103

GEORGE J. VILA, P.A.
George J. Vila (*pro hac vice*)
gvila@gjvpa.com
201 Alhambra Circle, Suite 702
Coral Gables, FL 33134-5111
Tel.:  (305) 445-2540

TRAVIS & TRAVIS
Monte S. Travis (SBN 84032)
montetravis@mac.com
Robert P. Travis (SBN 182667)
robert.p.travis@icloud.com
1160 Battery Street East, Suite 100

| | | |
|---|---|---|
| 1 | Fax:  (213) 443-5400 | San Francisco, CA 94111-1231 |
| 2 | | Tel.:  (415) 939-0576 |
| | WILMER CUTLER PICKERING | |
| 3 |    HALE AND DORR LLP | *Attorneys for Plaintiff* |
| | Allison Bingxue Que (SBN 324044) | *Francesco Corallo* |

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.:  (650) 858-6007
Fax:  (650) 858-6100

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Nora Passamaneck (*pro hac vice*)
nora.passamaneck@wilmerhale.com
1225 Seventeenth Street
Denver, CO 80202
Tel.:  (720) 274-3152
Fax:  (720) 274-3133

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Margaux Malasky (*pro hac vice*)
margaux.malasky@wilmerhale.com
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6916
Fax:  (617) 526-5000

*Attorneys for Defendant*
*Apple Inc.*

**ATTESTATION**

In accordance with Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: September 27, 2023                    Respectfully submitted,

/s/ *Aaron S. Craig*
Aaron S. Craig

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference, set for October 19, 2023, is CONTINUED until November 30, 2023.  Joint Case Management Conference Statement Due November 22, 2023.

DATED: 9/28/2023                    By: _____
                                        Hon. Richard Seeborg
                                        Chief United States District Judge