1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRANCESCO CORALLO, | |
|---|---|
| Plaintiff, | Case No.  3:22-cv-05229 |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE INC., | |
| Defendants. | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference, set for January 25, 2024, is CONTINUED until March 28, 2024.

DATED: 1/10/2024

By: *(signature)*
Hon. Richard Seeborg
Chief United States District Judge