UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCESCO CORALLO, | |
|---|---|
| Plaintiff, | Case No. 22-cv-05229-RS |
| v. | **ORDER DISMISSING ACTION** |
| NSO GROUP TECHNOLOGIES LIMITED, et al., | |
| Defendants. | |

The order granting the motions to dismiss the complaint in this action granted leave for plaintiff to file an amended complaint as to the claims against Apple only, and advised that if no such amended complaint was submitted within 20 days, the case would be dismissed in its entirety without further notice. The time for filing any amended complaint has expired and none has been filed. Accordingly, this action is dismissed, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 6, 2024

RICHARD SEEBORG
Chief United States District Judge